UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
In re:                                                          :
                                                                :    Chapter 13
ANNETTE RENAUD,                                                 :    Case No. 1-23-40499-jmm
                                                                :
                    Debtor.                                     :
------------------------------------------------------------------ x

**ORDER TO SHOW CAUSE**

    Upon the annexed application of Lisa Renaud ("Movant"), an interested party in this case, seeking entry of an order (a) declaring that the automatic stay does not apply to the action captioned <u>Annette Renaud v. Lisa Renaud</u>, Index No. 3189/2016, pending in the Supreme Court of the State New York, Kings County (the "Partition Action") or, in the alternative, (b) decreeing that such automatic stay be lifted with respect to the Partition Action, it is

    **ORDERED** that Debtor Annette Renaud show cause at _____ o'clock _____ on the date of _____, 2023, or as soon thereafter as Movant may be heard before the Honorable Jill Mazer-Marino, Bankruptcy Judge, why this Court should not enter an Order to (a) declare that the automatic stay does not apply to the Partition Action or, in the alternative, (b) decreeing that such automatic stay be lifted with respect to the Partition Action; and it is further

    **ORDERED** that the hearing shall not be held in person but shall be held telephonically or by video. Those intending to appear at the hearing must register with eCourt Appearances no later than two days prior to the hearing. The phone number or video link for the hearing will be emailed to those that register with eCourt Appearances in advance of the hearing. Instructions for registering with eCourt Appearances can be found at https://www.nyeb.uscourts.gov/node/2126. If you do not have internet access or are otherwise

unable to register with eCourt Appearances, you may call or email Judge Mazer-Marino's courtroom deputy for instructions at (347) 394-1844, JMM_Hearings@nyeb.uscourts.gov; and it is further

**ORDERED** that service of this Order to Show Cause together with the application be served on or before the end of the business day on _____, upon Narissa A. Joseph, counsel for Debtor Annette Renaud, 305 Broadway, Suite 1001, New York, New York 10007, and upon the Trustee, Michael J. Macco, at 2950 Express Drive South, Suite 109, Islandia, New York 11749 via overnight courier; and it is further

**ORDERED** that objections, if any, to the relief requested shall be made in writing, shall set forth with particularity, the grounds for such objection and shall be filed with the Bankruptcy Court through the Court's electronic filing system on or before _____, 2023 (the "Objection Deadline"). Instructions for electronically filing an objection can be found at www.nyeb.uscourts.gov. A copy of the objection must also be mailed, so as to be received by the Objection Deadline, to Rottenberg Lipman Rich, P.C., counsel for Movant, Attn: C. Zachary Rosenberg, Esq., 230 Park Avenue, New York, New York 10169, and upon the Trustee, Michael J. Macco, at 2950 Express Drive South, Suite 109, Islandia, New York 11749; and it is further

**ORDERED**, that pending the hearing scheduled herein, the Court declares that the stay does not apply to the Partition Action; and it is further

**ORDERED** that the hearing scheduled herein may be adjourned by the Court, from time to time, without further notice other than announcement of the adjourned hearing date in open court.

Dated: _____
      Brooklyn, New York

                                                 _____
                                               United States Bankruptcy Judge